UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TRACY STANDRIDGE,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **Z FOODMART LLC, ET AL.** | CASE NO: 17-1209-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Vacating Second Order To Show Cause and Dismissing Plaintiff's Claims With Prejudice entered on February 15, 2018, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/15/2018          THOMAS M. GOULD
                         Clerk of Court

                              s/Maurice B. BRYSON

                              (By)  Deputy Clerk